# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand and sixteen.

_____

United States of America,

        Appellee,

v.

Cesar Martinez, Boanerge Chevalier,

        Defendants - Appellants.
_____

**ORDER**

Docket Nos. 16-1693(L), 16-2305(Con)

Retained counsel for Appellant Cesar Martinez moves to be relieved as counsel and requests that the Court appoint counsel for Appellant Martinez.

IT IS HEREBY ORDERED that the Court defers decision on this motion. Within 30 days of the date of this order, counsel must submit a CJA Form 23 Financial Affidavit that has been completed by Appellant Martinez.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

